## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW MEXICO

DENNIS M. SANCHEZ

      Plaintiff,

vs.                                          No. CIV 14-0345 JB/RHS

USAA INSURANCE and
VICTORIA ULIBARRI,

      Defendants.

### FINAL JUDGMENT

**THIS MATTER** having come before the Court, under 28 U.S.C. § 1915(a)(1) and (e)(2), in Plaintiff Dennis M. Sanchez' action under 42 U.S.C. § 1983; and the Court having entered an Order of Dismissal dismissing Sanchez' Civil Rights Complaint Pursuant to 42 U.S.C. § 1983, filed April 11, 2014 (Doc. 2), without prejudice,

**IT IS ORDERED** that final judgment is hereby entered in favor of the Defendants, and this action is dismissed.

_____
UNITED STATES DISTRICT JUDGE

*Party:*

Dennis M. Sanchez
Corrales, New Mexico

      *Petitioner pro se*